FILED

06/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0575

_____

RIKKI HELD; LANDER B., by and through his
guardian Sara Busse; BADGE B., by and through his
guardian Sara Busse; SARIEL SANDOVAL; KIAN T.,
by and through his guardian Todd Tanner;
GEORGIANNA FISCHER; KATHRYN GRACE
GIBSON-SNYDER; EVA L., by and through her
guardian Mark Lighthiser; MIKA K., by and through
his guardian Rachel Kantor; OLIVIA VESOVICH;
JEFFREY K., by and through his guardian Laura King;
NATHANIEL K., by and through his guardian Laura
King; CLAIRE VLASES; RUBY D., by and through
her guardian Shane Doyle; LILIAN D., by and through
her guardian Shane Doyle; TALEAH HERNÁNDEZ,

        Plaintiffs and Appellees,

   v.

STATE OF MONTANA, GOVERNOR GREG
GIANFORTE, MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY, MONTANA
DEPARTMENT OF NATURAL RESOURCES AND
CONSERVATION, and MONTANA DEPARTMENT
OF TRANSPORTATION,

        Defendants and Appellants.

                                   O R D E R

_____

Pursuant to our Order of May 20, 2024, this cause is classified for oral argument on Wednesday, July 10, 2024, at 9:30 a.m.  Due to unforeseen circumstances, the venue for the oral argument has been changed.

IT IS HEREBY ORDERED that this cause is hereby set for argument on Wednesday, July 10, 2024, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellants and thirty (30) minutes for the Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to Honorable Kathy Seeley, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 12 2024